BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SHAHIDA MALIK,                                          )
                                                                     )   Case No.: 2:13-cv-02625-MCE-EFB
                                  Plaintiff,                     )
                                                                     )   **Joint Stipulation and Order re: Extension**
                   v.                                             )   **of Time**
                                                                     )
John Kerry, et al.,                                           )
                                                                     )
                                  Defendants.                 )
                                                                     )
                                                                     )
_____

          This is an immigration case in which Plaintiff challenges the delay in processing of his

immigrant visa application.  The parties now agree to a 60-day extension of time for the

government to file its answer.


Dated: March 5, 2014                          Respectfully submitted,

                                                         BENJAMIN B. WAGNER
                                                         United States Attorney

                                                         /s/ Audrey B. Hemesath
                                                         AUDREY B. HEMESATH
                                                         Assistant U.S. Attorney

1

DATED: March 4, 2014                    Respectfully submitted,
                                        /s/ Joseph Siguenza
                                        Joseph Siguenza
                                        Attorney for the Plaintiff


                                    ORDER

    Pursuant to this joint stipulation, the time for the government to file its answer to the

Complaint is extended to May 12, 2014.

    IT IS SO ORDERED.

Dated:  March 17, 2014


                        _____
                        MORRISON C. ENGLAND, JR., CHIEF JUDGE
                        UNITED STATES DISTRICT COURT