BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHIDA MALIK,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOHN KERRY, et al.,<br><br>                    Defendants. | Case No.: 2:13-cv-02625 MCE EFB<br><br>**Joint Stipulation and Order re: Dismissal** |

   This is an immigration case in which Plaintiff challenges the delay in processing of his immigrant visa application.  The application has now been adjudicated, and the parties stipulate to dismissal of this action, each side to bear its own costs of litigation.


Dated: March 13, 2014                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ Audrey B. Hemesath
                                         AUDREY B. HEMESATH
                                         Assistant U.S. Attorney

1

DATED: March 13, 2014

Respectfully submitted,
/s/ Joseph Siguenza
Joseph Siguenza
Attorney for the Plaintiff

## ORDER

Pursuant to this joint stipulation and Rule 41(a) of the Federal Rules of Civil Procedure, the case is DISMISSED.  The Clerk of the Court is ORDERED to close this case.

IT IS SO ORDERED.

Dated:  March 19, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT